## Commonwealth *v.* Rohland, Appellant.

Submitted March 17, 1975. *Gerald F. Roh-*

*land,* appellant, in propria persona; *Joseph J. Van Jura,* Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.